1  Steven Fishman
2  Federal Register Number 17280-004
   FCI Terminal Island
   Post Office Box #3007
3  San Pedro, California 90733-3007

**FILED**

4  Petitioner/Relator In Pro Se

OCT 23 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>v.<br><br>STEVEN FISHMAN,<br><br>    Defendant/Petitioner/<br>    Relator. | CASE NO: 88-cr-00616-DLJ-1-<br>                (JST)<br>REPORT OF CRIMINAL AND<br>CIVIL MISCONDUCT PRESENTED TO:<br>A FEDERAL JUDGE; AND<br>COLLATERALLY TO: ANY AND ALL<br>PARTIES HOLDING OFFICE<br>IN CIVIL AND/OR MILITARY<br>AUTHORITY UNDER THE<br>GOVERNMENT OF THE UNITED<br>STATES, PURSUANT TO<br>18 U.S.C. §4 |

COMES NOW the Defendant/Petitioner/Relator, STEVEN

FISHMAN, hereinafter [for the purposes of this Report]

referred to as the Relator, as a witness, victim, and

informant of the Acts of Criminal and Civil Misconduct

Reported Herein, hereby exercises his inherent right

protected by the Constitution and the Laws of the United

States; and his Duty as contemplated by the Act of Congress

evidenced at 18 U.S.C. §4, to present this Report of

Criminal and Civil Misconduct.

-1-

1    This is a Report of Criminal and Civil Misconduct
2    to Federal Authorities pursuant to 18 U.S.C. §4; and is
3    not a criminal action or complaint.  Rather, it is a Report
4    of Criminal and Civil Misconduct, and is to be recognized
5    as such; and to be addressed by the proper authorities
6    in the United States Department of Justice, for proper
7    investigation and action.  However, the Relator, at all times
8    relevant to this Report of Criminal & Civil Misconduct, reserves
9    the right, where applicable, to seek civil redress for
10   personal injury and damage suffered by the Relator, as
11   a direct and proximate result of the Acts of Criminal and
12   Civil Misconduct Reported Herein, for the recovery of money
13   damages as well as Equitable Remedy and Relief.

14
15   1.    NOTICE OF CONSEQUENCES OF RETALIATION AGAINST RELATOR:

16       The Relator, as a witness, victim, and informant,
17   provides Notice to All Interested and Affected Parties,
18   of the consequences of subjecting the Relator to any form
19   of retaliation for presenting this Report of Criminal & Civil
20   Misconduct.

21
22       Any individual, including but not limited to: The
23   Presiding Judge, and all Interested and Affected Parties,
24   who engage in any Act of Retaliation against the Relator
25   for the Relator's Report of Criminal and Civil Misconduct,
26   including but not limited to subjecting the Relator to:
27   Threats of Physical Force; Threatening to Kill the Relator;

28

Intimidation of the Relator; Harassment of the Relator;
Causing Damage to the Relator's Tangible Property; Actually
Killing the Relator; and/or Conspiring with Others to Engage
in Acts of Retaliation Against the Relator for Presenting the
Relator's Report of Criminal and Civil Misconduct.  Such
individual or individuals who engage in such Acts of
Retaliation against the Relator are placed on Notice that
he/she/they are subject to civil liability under the Act
of Congress evidenced at 18 U.S.C. §1514(a), Civil Action
to Restrain Harassment of a Victim or Witness; and under
the Federal Civil Rights Act of 1871; and are subject to
further Civil Action for Recovery of Damages as well as
Equitable Remedy and Relief for the Violation of the Relator's
Inherent Protected Rights; and that such individual and/or
individuals are subject to Criminal Liability under the
Act of Congress evidenced at 18 U.S.C. §241, Conspiracy
Against Rights; and 18 U.S.C. §242, Deprivation of Rights
Under Color of Law; as well as 18 U.S.C. §1512, Tampering
With a Witness, Victim or an Informant; and 18 U.S.C. §1513,
Retaliating Against a Witness, Victim or an Informant;
which subject those who engage in Acts of Retaliation against
the Relator, to a fine imposed under the Act of Congress
evidenced at 18 U.S.C. §3571, Sentence of Fine; and/or
terms of imprisonment up to twenty (20) years, or both;
and if retaliation includes subjecting the Relator to
Kidnapping by unlawful confinement/imprisonment pursuant
to 18 U.S.C. §1201, Kidnapping, or death, the party or

parties engaged in Retaliation against the Relator are thus subject to a term of life imprisonment or the death penalty.

It is the Duty of all Officers, Agents, and Employees of the United States Government to whom this Report of Criminal and Civil Misconduct is presented, to prevent any and all Acts of Retaliation against the Relator, and/or to aid in the prevention of any and all Acts of Retaliation against the Relator. [See: Federal Civil Rights Act of 1871, evidenced at 42 U.S.C. §1983, Civil Action for Deprivation of Rights; 42 U.S.C. §1985, Conspiracy to Interfere With Civil Rights; 42 U.S.C. §1986, Action for Neglect to Prevent Conspiracy; 18 U.S.C. §241; 18 U.S.C. §242, and the Fourteenth Amendment of the United States Constitution.

2.    REPORT OF CRIMINAL AND CIVIL MISCONDUCT PURSUANT TO 18 U.S.C. §4:

A.    CLAIM OF RIGHT:

The Relator hereby claims his inherent protected right as a witness, victim, and informant of the Acts of Criminal and Civil Misconduct Presented Herein, to Present this Report of Criminal and Civil Misconduct, as protected by the First Amendment; the Ninth Amendment [Rights Retained By The People: ("The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people")]; the Tenth Amendment; and the Fourteenth Amendment; as such rights are protected

-4-

from the making and/or enforcing of any Law that would abridge such rights; including but not limited to presenting this Report of Criminal and Civil Misconduct.

B.    REQUIREMENT OF OATH OF OFFICE:

The Relator hereby reminds all Federal Judges and Parties Holding Office in Civil and Military Authority of the Government of the United States to whom this Report of Criminal and Civil Misconduct is Presented, that Article VI, Clause 3 of the United States Constitution, Oath of Office; and Article 2, Clause 8 of the United States Constitution, Oath of Office; and the Act of Congress evidenced at 5 U.S.C. §3331, Oath of Office; require all Officers, Agents, and Employees of the Government of the United States, whether elected or appointed, who hold an Office of Trust, Honor, or Profit; must, by oath or affirmation, agree to support and defend the Constitution of the United States against all enemies foreign and domestic, and bear true faith and allegiance to the Constitution.

Therefore, it is presumed that all Officers, Agents, and Employees of the Government of the United States, whether elected or appointed, know the Law; and that Officers, Agents, and Employees of the Government of the United States know when their actions are Acts of Criminal and Civil Misconduct.  Therefore, all Acts of Criminal and Civil Misconduct of Officers, Agents, and Employees of the Government

-5-

of the United States as presented in this Report of Criminal and Civil Misconduct, must be considered knowing, willful, and deliberate Acts of Criminal and Civil Misconduct.

C.    ENUMERATION OF INDIVIDUALS ENGAGED IN ACTS OF CIVIL MISCONDUCT REPORTED HEREIN:

Individuals engaged in the Acts of Criminal and Civil Misconduct Reported herein, include but are not limited to the following:

(a)    Those who have held Office and who are currently holding Office as Federal District Court Judges;

(b)    Those who have held Office and who are currently holding Office as the United States Attorney General;

(c)    Those who have held Office and who are currently holding Office as United States Attorney;

(d)    Those who have held Office and who are currently holding Office as Assistant United States Attorney;

(e)    Those who have held Office and who are currently holding Office as Federal Public Defender;

(f)    Those who have held Office and who are currently holding Office as the Treasurer of the United States;

(g)    Those who have held Office and who are currently holding Office as the United States Secretary of the Treasury;

-6-

(h)   Officers and Directors of Brown Brothers Harriman Trust Company of Delaware a/k/a Brown Brothers Harriman Company, [in their capacity as bonding agency and clearing house of Judgment Bonds (collectively referring to Judgment Bonds, Penal Bonds and Surety Bonds)] involved in the Acts of Criminal and Civil Misconduct Reported; and those bonding agencies and clearing houses similarly situated but are yet to be identified, who are participating in the Acts of Criminal and Civil Misconduct identified herein;

(i)   Those who have held Office and are currently holding the Office as Chairman of the Federal Reserve System; and those who have held Office and who are currently holding Office as the Board of Governors and Directors of the Federal Reserve System, who are participating in the Acts of Criminal and Civil Misconduct identified herein; and:

(j)   Those who have been and who are currently Officers, Agents and Employees of the Federal Reserve System and/or of Member Federal Reserve Banks participating in Acts of Criminal and Civil Misconduct Reported Herein.

The foregoing individuals identified as having been engaged and are currently engaged in the Acts of Criminal and Civil Misconduct Reported Herein, collectively shall be referred to as the "Actors."

The Actors have been and are currently engaged in a pattern and practice of the Acts of Criminal and Civil

-7-

Misconduct of subjecting thousands of inhabitants of the
several states of the Union to the deprivation of inherent
protected rights, in violation of the Constitution, without
Authority/Jurisdiction, and without Due Process of Law,
for profit and gain, as herein more fully appears in the
following COUNTS, having been and continuously being committed
in the Actors' individual and private capacity(ies).

**COUNT 1:    TITLE 18 OF THE UNITED STATES CODE, CHAPTER 11:**
**            BRIBERY, GRAFT, AND CONFLICTS OF INTEREST :**

The Actors' Acts of Criminal and Civil Misconduct
of having subjected and continuously subjecting hundreds
of thousands of inhabitants of the several states of the
Union to the violation of their inherent protected rights,
in violation of the Constitution, without Authority/Jurisdiction,
and without Due Process, for profit and gain, in Violation
of Code of Conduct for United States Judges, CANON 3(C)(1)(c);
and 18 U.S.C. §201 et. seq., Bribery, Graft and Conflicts
of Interest; involves the following actions on the part
of the Actors:

COUNT 1A:

(a)    ACTS OF CRIMINAL MISCONDUCT:  First, the Actors
entered the sovereign territory of the states of the Union,
under color of Federal Authority, operating outside any
Federal Enclave [See: 28 U.S.C. §2201, Petition For Declaratory
Judgment/Questions of Law/Judgments 1-7] under force of

-8-

arms. The Actors then have taken action to subject the inhabitants of the several states of the Union to the application and enforcement of Federal Law outside any Federal Enclave.

Once again, it must be assumed that all Federal District Court Judges, the United States Attorney General, United States Attorneys, and Assistant United States Attorneys all know the Law, and have knowledge that the Supreme Law of the Land is comprised of the written terms, conditions, and obligations of the Constitution of the United States, pursuant to Article VI, Clause 2, Supreme Law; and the Lawful Acts of Congress carrying into execution the Powers vested by the Written Constitution in the Government of the United States; pursuant to Article I, Section 8, Clause 17, Authority Over Places Purchased or Ceded; Article I, Section 8, Clause 18, All Necessary and Proper Laws; the Tenth Amendment of the Constitution, Powers Reserved to States or People; the Act of Congress evidenced at 18 U.S.C. §7(3), Special Maritime and Territorial Jurisdiction of the United States Defined; 4 U.S.C. §110(e), Definition: Federal Area; and 40 U.S.C. §3112, Federal Jurisdiction; which limit the application and enforcement of any Act of the Federal Congress as the seat of Government; the Federal Territories; the Federal Commonwealths; the Federal Possessions; and since 1940, Federal Enclaves located in the several states of the Union.

-9-

Furthermore, it must also be assumed, that all Federal District Court Judges, the United States Attorney General, United States Attorneys, and Assistant United States Attorneys, all know, that pursuant to Article I, Section 8, Clause 18, that the several states of the Union retain exclusive and absolute power in Congress over all powers vested in the Federal Government by the Constitution of the United States; and that no power vested by the Constitution in the Federal Government is self-executing or self-implementing; and remains a dormant power unless or until the several states of the Union carry said power into execution by an Act of Congress; and that the several states of the Union have the absolute exclusive authority to rescind said legislation implementing a Constitutional power to the Federal Government at the discretion of the several states of the Union in Congress.

The Actors, specifically and particularly the Federal District Court Judges; the United States Attorney General; the United States Attorneys; and the Assistant United States Attoneys operating in the several states of the Union outside Federal Enclaves; file Federal Criminal Cases as an ongoing pattern and practice against the inhabitants of the several states of the Union; all of the time operating outside Federal Enclaves located in the several states under color of a Federal Indictment issued by a "Special Grand Jury," having knowledge that no evidence exists on the record

-10-

that _any_ location relevant to the criminal case is located
in Federal Enclaves which would comprise a Federal Legislative/
Judicial District located in the several states of the
Union, which creates a Jurisdictional Defect that deprives
Federal District Courts located in the several states of
the Union of subject matter jurisdiction of _any_ Federal
Criminal Case filed; thereafter abducting inhabitants of
the several states of the Union under color of said "Special
Grand Jury Indictment and Federal Arrest Warrant," thereby
subjecting the abducted inhabitants of the several states
of the Union to an Arraignment Hearing before a Magistrate
Judge.

In many cases, the Court appoints the party held as
Defendant a Member of the Office of the Public Defender,
[or in the case of the Relator a Criminal Justice Act
appointed attorney pursuant to 18 U.S.C. §3006A], to
represent the defense.  Based on statistics, whether a
Member of the Office of the Federal Public Defender's Office,
an attorney appointed under the Criminal Justice Act ["CJA"
Attorney or Counsel] or if the party held as Defendant
hires his own [purportedly] private attorney; the party
held as Defendant is convinced by the Attorney acting as
Attorney of Record, over 98.5% of the time, to enter into
a Plea Agreement, almost always under the provisions of
Federal Rule of Criminal Procedure 11(c)(1)(B), _Plea Agreement
Procedure_; allowing the Federal District Court Judge discretion

-11-

to impose whatever sentence the Federal District Court
Judge wishes.   The Attorneys acting as the Attorney of
Record for the party held as Defendant almost seldom, if
ever, discloses to the party held as Defendant that the
provisions of Federal Rule of Criminal Procedure 11(c)(1)(C)
bind the Presiding Judge to the exact terms and conditions
of the Plea Agreement, once the Federal District Court
Judge accepts the written Plea Agreement.

Thus, whether based on a Plea Agreement of guilty,
or a guilty verdict by either a petit jury, or the Federal
District Court Judge in a bench trial; a "Judgment of
Conviction" entitled a "Judgment in a Criminal Case" is
entered on the Record of the Court, imposing a sentence
of imprisonment and/or fine.

A Judgment of Conviction thereafter establishes the
Plaintiff in the Federal Criminal Case identified by the
appellation: "UNITED STATES OF AMERICA" as a Judgment Creditor,
and the party held as Defendant as the Judgment Debtor.

Once a Judgment of Conviction is rendered for at least one
year and one day or more, a Security in favor of the Plaintiff
"UNITED STATES OF AMERICA" is established as a Surety Bond
and/or Collateralized Bond, hereinafter referred to as
"Judgment Bonds," indicating a "Penal Amount," providing
the Bond with a monetary value, inter alia, by and/or
through Bond Agencies/Companies and Bond Clearing Houses,

-12-

including but not limited to Brown Brothers Harriman Trust Company of Delaware, a/k/a Brown Brothers Harriman Company; and others; and said Judgment Bonds are issued by and through fraud and deceit in the name of the party held as Defendant in the Federal Criminal Case, without the knowledge, consent, or authorization of the party held as the Defendant.

In order to avoid the requirement of a surety to guarantee performance of the Judgment Bonds issued as a result of the rendering of Judgments of Conviction in a Federal Criminal Case, the party held as Defendant is then remanded to the Custody of the United States Attorney General, to be housed at a Federal Prison Facility managed by the Federal Bureau of Prisons, a Division of the United States Department of Justice, under the direct jurisdiction of the individual currently holding the Office of the United States Attorney General, as underline(collateral) for the Judgment Bond, [treating the Defendant as property of the United States Attorney General in the nature of chattel or an artifice]; making the Judgment Bond a Negotiable Security Instrument in favor of the Plaintiff, "UNITED STATES OF AMERICA."

The provisions of the Act of Congress evidenced at 18 U.S.C. §8, Obligation or Other Security of the United States Defined, provides: "The term "obligation or other security of the United States" ... includes all bonds..."

-13-

At this point and juncture, the Judgment Bonds are submitted to the bond market to be sold for monetary renumeration, and the funds received from the sale of the Judgment Bonds are then deposited in an Investment Fund (i.e. Judgment Fund), for investment purposes.

Through elaborate structuring and contrivances, including but not limited to Trusts and Retirement Funds, Federal District Court Judges receive payment of dividends, annuities or "residuals" or a combination thereof, based on the number of years imposed as sentences rendered in Judgments of Conviction.  The dividends, annuities, or "residuals" are paid directly to the Federal District Court Judge and/or assigns; or on behalf of the United States District Court Judge and/or assigns; who rendered the Judgments of Conviction; and the dividends, annuities, or "residuals" continue to be paid long after the sentence has been served; unless the party held as Defendant files an action to expunge or purge the Record of the Federal Case or expires [dies].

In addition, Federal District Court Judges receive a monetary bonus when the total number of years of sentence imposed by all of the Judgments of Conviction rendered by a Federal District Court Judge in Federal Criminal Cases reaches One Million (1,000,000) Years or more.  This provides an extreme financial incentive for Federal District Court Judges  to impose disproportionately high sentences in Judgments of Conviction, in order to secure their monetary bonus[es],

knowing <u>no evidence</u> exists in the Record of the Court that the Court has Territorial Jurisdiction of the Federal Criminal Case.

Those in the 98.5% percentile who were convinced to enter into a Plea Agreement resulted for most the inclusion of a waiver of the right to appeal the Judgment of Conviction, whereby there is no disclosure at all that <u>the Presiding Federal District Court Judge personally receives financial benefit in exchange for rendering a Judgment of Conviction</u>, and that the financial benefit increases with the number of years the party held as Defendant is sentenced to after entering into the plea agreement, as such non-disclosure renders such plea agreements VOID for lack of full disclosure.

In addition to the Federal District Court Judge who rendered the Judgment of Conviction in Federal Criminal Cases, receiving financial benefit by the issuance of Judgment Bonds, the Federal Reserve System receives additional financial benefits from the issuance of Judgment Bonds, resulting from the rendering of Judgments of Conviction in Federal Criminal Cases. The Federal Reserve System [hereinafter referred to as the "Federal Reserve," which includes the Federal Reserve Board of Governors and Member Federal Reserve Banks, through their Officers, Agents, and Employees] multiplies the Penal Value [Value of Judgment Bond times Number of Years of Sentence within Judgments of Conviction] by twenty, thereafter matching so-called "Humanitarian

Projects" provided by the International Monetary Fund to and through placements of the monetized funds by the World Bank as a means by which balance of payments and the reduction of global debt of the United States is achieved, generating additional monetary benefits for the Federal Reserve.

A review of the Judicial Code of Conduct, specifically and particularly referred to in Title 28 as Code of Conduct for United States Judges, CANON 3(C)(1)(c), and the provisions of the Code provide that since all Federal District Court Judges knowingly receive financial benefit by rendering Judgments of Conviction of at least one year and one day or more, all Federal District Court Judges are mandatorily disqualified to accept and take jurisdiction of any Federal Criminal Case filed.

Code of Conduct for United States Judges, CANON 3(C)(1)(c) provides, to wit:

(C)    Disqualification:

(1)    A judge shall [mandatory/non-discretionary] disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances in which:

(c)    the judge knows that the judge, individually or as a fiduciary, or the judge's spouse or minor child residing in the judge's household, has a financial interest

-16-

in the subject matter in controversy or in a party to the
proceeding, or any other interest that could be affected
substantially by the outcome of the proceeding." (emphasis
added).

It must be noted that CANON 3(C)(1) provides the statement:
"including but not limited to instances in which ...",
that includes the Federal District Court Judge, knowingly
having a financial interest or benefit when rendering a
Judgment of Conviction for at least one year and one day
or more; that financial interest being in the nature of
dividends, annuities, and/or "residuals" [directly or
indirectly, through Trusts (including Irrevocable Inter
Vivos Trusts), Retirement Funds, Retirement Accounts, Pensions
and/or Pension Fund Accounts, etc.] as a direct result
of the issuance of Judgment Bonds upon rendering of Judgments
of Conviction in all Federal Criminal Cases; that will
absolutely substantially be affected by the outcome of
the Federal Criminal Proceeding; as the Presiding Judge
in Federal Criminal Proceedings receives no financial benefit
of any kind if a Judgment of Acquittal or a sentence of
one year or less is imposed.

Due to the financial interest that all Federal District
Court Judges have in all Federal Criminal Cases, the provisions
of the Code of Conduct for United States Judges, CANON
3(C)(1)(c), establish the mandatory disqualification of
all Federal District Court Judges from all Federal Criminal

-17-

Cases.

Since Federal District Court Judges are disqualified to accept jurisdiction in any Federal Criminal Case, all Federal Indictments are VOID, as no Federal District Court Judge, under the Code of Conduct for United States Judges, CANON 3(C)(1)(c), has lawful authority to accept jurisdiction of any Federal Criminal Case, notwithstanding any other Jurisdictional Defects which exist, to render Judgments of Conviction in Federal Criminal Cases NULL AND VOID, and Legal Nullities.

Thus, all Judgments of Conviction rendered by a Federal District Court Judge in all Federal Criminal Cases which impose a sentence of at least one year and one day or more, are NULL AND VOID, as such Judgments of Conviction in Federal Criminal Cases are rendered without lawful jurisdiction; rendered without Due Process of Law; and thus rendered in violation of the Constitution of the United States.

Inasmuch as all Judgments of Conviction rendered by Federal District Court Judges in all Federal Criminal Cases filed in Federal District Courts are VOID, all Judgment Bonds issued based on such Judgments of Conviction are also VOID without force or effect, and Legal Nullities.

(b)    CRIMINAL LIABILITY OF FEDERAL DISTRICT COURT
       JUDGES, PURSUANT TO 18 U.S.C. §201:

Inasmuch as Federal District Court Judges hold office

-18-

as a result of being appointed by the President of the United States and are Confirmed by the Senate, and are Officers and Persons acting for or on behalf of the United States as well as the Judicial Department/Branch of the Federal Government of the United States; pursuant to the Act of Congress evidenced at 18 U.S.C. §201(a), <u>Bribery of Public Officials and Witnesses</u>; Federal District Court Judges are identified as "Public Officials," to wit:

Title 18, Chapter 11, Section 201: <u>Bribery of Public Officials and Witnesses</u>:

Subsection 201(a):  For the purpose of this section:

(1)   the term "public official" means Member of Congress, Delegate, or Resident Commissioner, either before or after such official has qualified, <u>or</u> an officer or employee or person acting for or on behalf of the United States, or any department, agency or branch of Government thereof, ... or a juror;

(2)   the term "person who has been selected to be a public official" means any person who has been nominated or appointed to be a public official, [Federal Judge], or has been officially informed that such person will be so nominated or appointed; and:

(3)   the term "official act" means any decision or action on any question, matter, cause, suit, proceeding

-19-

or controversy, which may at any time be pending, or which
may by law be brought before any public official, in such
official's capacity, or in such official's place of trust
or profit.  (emphasis added).

The fact that all Federal District Court Judges, as
"Public Officials" agree to accept and in fact accepts [or
derives] financial benefit from rendering Judgments of
Conviction in Federal Criminal Cases, is identified as an
Act of Criminal Misconduct by the Act of Congress evidenced
at 18 U.S.C. §201(b)(2), to wit:

(b)   Whoever --

(2)   being a public official or such person who has
been selected to be a public official, directly or indirectly,
corruptly demands, seeks, receives, accepts, or agrees to
receive or accept anything of value personally or for any
other person or entity, in return for:

(A)   being influenced in his [] performance of any
official act; [i.e.: render Judgments of Conviction in
Federal Criminal Cases]; (emphasis added);

(B)   being influenced to commit or aid in committing,
or to collude in, or allow, any fraud, or make opportunity
for the commission of any fraud, on the United States; [i.e.:
fraudulently claiming jurisdiction on Federal Criminal Cases
after being disqualified by the Code of Conduct for United

-20-

States Judges, CANON 3(C)(1)(c)]; (emphasis added);

(C)   being induced to do or omit to do any act in violation of the official duty of such official or person; [i.e.: failure of Federal District Court Judges to disqualify themselves from Federal Criminal Cases]. (emphasis added).

As "Public Officials" and Officers of the Government of the United States, by agreeing to, accepting, and deriving financial benefit from rendering Judgments of Conviction in Federal Criminal Cases, thereby making all Judgments of Conviction rendered in all Federal Criminal Cases evidence of Criminal Misconduct as specifically and particularly provided by the Act of Congress evidenced at 18 U.S.C. §201(b); all Federal District Court Judges are subject to the following criminal penalties for each Judgment of Conviction rendered, as follows:

"... shall be fined under this title [Ref: 18 U.S.C. §3571, up to $250,000] or not more than three times the monetary equivalent of the thing of value, whichever is greater, or imprisoned for not more than fifteen years, or both, and may be disqualified from holding any office of honor, trust, or profit under the United States." [See: Petition for Declaratory Judgment Pursuant to 28 U.S.C. §2201, Question/Judgment 18; See also: 28 U.S.C. §351, et. seq., Complaints; Judge Defined; within Title 28, Chapter 16: Complaints Against Judges and Judicial Discipline].

-21-

(c)    CRIMINAL LIABILITY OF ACTORS OTHER THAN FEDERAL
DISTRICT COURT JUDGES, PURSUANT TO 18 U.S.C. §208:

Pursuant to 18 U.S.C. §202(a) and (c), with the exception
of the Federal District Court Judges, the President of the
United States, the Vice President of the United States and
Members of Congress, within the parameters of 18 U.S.C.
Chapter 11, Bribery, Graft, and Conflicts of Interest,
specifically and particularly 18 U.S.C. §201, et. seq.,
within the context of the Acts of Congress evidenced at
18 U.S.C. §203, Compensation to Members of Congress, Officers,
and Others in Matters Affecting the Government; 18 U.S.C.
§205, Activities of Officers and Employees in Claims Against
and Other Matters Affecting the Government; 18 U.S.C. §207,
Restrictions on Former Officers, Employees, and Elected
Officials of the Executive and Legislative Branches; 18
U.S.C. §208, Acts Affecting a Personal Financial Interest;
18 U.S.C. §209, Salary of Government Officials and Employees
Payable Only by United States; and 18 U.S.C. §218, Voiding
Transactions in Violation of Chapter (11); Recovery by the
United States;  the Actors are in fact identified as "Officers"
and "Employees" of the Executive or Legislative Branches
of the United States Government...."

The Actors, who include but are not necessarily limited
to the individual who currently holds the Office of the
United States Attorney General; those who currently hold
the Office of United States Attorney and Assistant United

-22-

States Attorney; those who hold the Office of Federal Public Defender or Attorney(s) appointed under the Criminal Justice Act; the individual who currently holds the Office of the United States Treasurer; the individual who currently holds the Office of the Secretary of the United States Treasury; Janet Yellen, the individual who currently holds the Office of the Chairperson of the Federal Reserve System; and those who currently hold Office serving on the Board of Governors of the Federal Reserve System; and those individuals who currently serve as Chairpersons and/or Presidents of the Member Federal Reserve Banks; and those who currently hold Office within Brown Brothers Harriman Trust Company of Delaware and Brown Brothers Harriman & Company [New York], including but not limited to Mr. Glenn Edwards Baker, CFA & Managing Partner; Mr. William H. Mears, Jr., Senior Vice President and Staff Counsel; Mr. Anil Agarwal, Managing Director; Mr. Robert G. Bergman, Managing Director; Mr. Roland F. Caron, Managing Director; Mr. Barry M. Connell, Managing Director; Mr. Josh Hutson, Vice President & Counsel; and Mr. Paul Edmund Kunz, Senior Vice President; and those Officers, Agents, and Employees who specifically and particularly are engaged in the bonding, surety, and clearing of the Judgment Bonds hereinabove described and identified; are all subject to Criminal Liability pursuant to 18 U.S.C. §208, by their acts affecting a personal financial interest in said Judgment Bonds that are the subject matter of Title 18, Chapter 11, 18 U.S.C. §201., et. seq.

-23-

These individuals and the Offices they hold as heretofore identified and described within the context of the Act of Congress evidenced at 18 U.S.C. §201(a), are in fact Officers, Agents, or Employees of the Executive Branch of the Government of the United States, and/or Officers, Agents, or Employees of independent agencies and/or quasi-agencies of the United States; and/or Officers, Agents, and Employees of the Federal Reserve System, the Federal Reserve Board of Governors, the Member Federal Reserve Banks, but are not limited to Officers and Employees of the "Federal Reserve" collectively, or "Brown Brothers Harriman" collectively.

Since the Actors receive financial benefit from the Judgment Bonds issued as a result of the Judgments of Conviction rendered by Federal District Court Judges by participating personally and substantially as a Government Officer, Agent, or Employee [or Quasi-Government Officer, Agent, or Employee] through decisions, approvals, disapprovals, recommendations, the rendering of advice, investigation or otherwise in or into a Judicial or other proceeding, application, request for a ruling or other determination, contract, claim, controversy, charge, accusation, arrest [in a Federal Criminal Case], or other particular matter in which the Presiding Judge has knowledge that he/she has a financial interest; the Actors individually are subject to the following criminal penalty(ies) for each Judgment of Conviction rendered by a Federal District Court Judge, in which the Actors personally

-24-

participated, resulting in the issuance and monetizing of Judgment Bonds, as provided at 18 U.S.C. §208(a), the Actors "Shall be subject to the penalties set forth in Section 216 of this title [18 U.S.C. §216]."

18 U.S.C. §216, <u>Penalties and Injunctions</u>, states:

(a)    The punishment for an offense under section 203, 204, 205, 207, 208, or 209 of this title ... is the following:

(2)    Whoever willfully engages in the conduct constituting the offense shall be imprisoned for not more than five years or fined in the amount set forth in this title, or both.  [See: 18 U.S.C. §3571, up to $250,000].

The Act of Congress evidenced at 18 U.S.C. §208(c) states: "... the directors of Federal Reserve Banks, the Board of Governors of the Federal Reserve System shall be deemed to be the Government Official responsible for appointment."  [18 U.S.C. §201(c)(1)]. (emphasis added).

This Act of Congress clearly identifies the Directors of the Federal Reserve Banks and the Board of Governors of the Federal Reserve System as deemed to be Government Officials.  By extrapolation, this Act also applies to Janet Yellen, Chairperson of the Federal Reserve System.

(d)    CIVIL LIABILITY:

The Actors identified herein, other than Federal District

-25-

Court Judges, are also subject to civil liability as a result of the Misconduct Reported in COUNT 1A, as follows:

The Act of Congress evidenced at 18 U.S.C. §216(b) provides:

"The Attorney General may bring a civil action in the appropriate United States district court against any person who engages in conduct constituting an offense under section 203, 204, 205, 207, 208, or 209 of this title ... and, upon proof of such conduct by a preponderance of the evidence, such person shall be subject to a civil penalty of not more than $50,000 for each violation or the amount of compensation which the person received or offered for the prohibited conduct, whichever amount is greater [i.e.: for each Judgment of Conviction rendered]. The imposition of a civil penalty under this subsection does not preclude any other criminal or civil statutory, common law, or administrative remedy, which is available by law to the United States or any other person." (emphasis added).

The provisions of the Act of Congress evidenced at 18 U.S.C. §216(c), Penalties and Injunctions, also provide the authority to the United States Attorney General to seek injunctive relief against the Actors other than Federal District Court Judges, as follows:

(c)    If the Attorney General has reason to believe that a person is engaging in conduct constituting an offense

-26-

under section 203, 204, 205, 207, 208, or 209 of this title
..., the Attorney General may petition an appropriate United
States district court for an order prohibiting that person
from engaging in such conduct.  The court may issue an order
prohibiting that person from engaging in such conduct if
the court finds that the conduct constitutes such an offense.
The filing of a petition under this section does not preclude
any other remedy which is available by law to the United
States or any other person.

As provided by the Act of Congress evidenced at 18
U.S.C. §216(b)(c), those who have suffered injury and damage
as a result of the Acts of Criminal and Civil Misconduct
Reported in COUNT 1A(a), including but not limited to the
Relator by the rendering of Judgments of Conviction in Federal
Criminal Cases for profit and gain, can file an action in
a Court of Competent Jurisdiction against the Actors, in
the Actors' individual and private capacity(ies) as private
citizens, for the recovery of money damages and other
equitable relief, including but not limited to an Action
under the False Claims Act pursuant to 31 U.S.C. §3802,
False Claims and Statements; Liability; the Federal Civil
Rights Act of 1871; the All Writs Act evidenced at 28
U.S.C. §1651; and the Act of Congress evidenced at 28 U.S.C.
§1361, Action to Compel an Officer of the United States
to Perform His Duty.

//

-27-

COUNT 1B:    STATEMENT OF FACTS RELEVANT TO COUNT 1A:

1.    The Relator hereby affirms and declares under
the penalty of perjury under the Laws of the United States
of America pursuant to 28 U.S.C. §1746, that the facts stated
herein within COUNT 1B: STATEMENT OF FACTS RELEVANT TO COUNT 1A
are true and correct to the best of the Relator's personal
knowledge, understanding, and belief.

2.    The Relator is of the age of majority, of sound
mind, and is competent to testify.

3.    The Relator is a witness, victim, and informant
of the Acts of Criminal and Civil Misconduct Reported in
COUNT 1A; specifically and particularly with regard to the
instant case.

4.    The Relator can find no evidence that all of the
Actors are not in fact required by oath or affirmation,
to hold an Office of Trust, Honor, or Profit, in the Government
of the United States; as an Officer, Agent, and/or Employee
is required to support and defend the Constitution of the
United States against all enemies, foreign and domestic,
and bear true faith and allegiance to the Constitution.

5.    The Relator can find no evidence that it cannot
be presumed that when acting within the scope of the Actors'
Office and/or Employment with the Federal Government, that
the Actors know the Law, and that the Actors know when

-28-

their conduct constitutes Acts of Criminal and Civil Misconduct.

6.   The Relator can find <u>no evidence</u> that the Actors have not been knowingly engaged in the Acts of Criminal and Civil Misconduct having been Reported in COUNT 1A(a), hereinabove.

7.   The Relator has nothing further to state within COUNT 1B relevant to COUNT 1A at this time.

COUNT 1C:  CONCLUSION:

Based on the Report of Criminal and Civil Misconduct, in COUNT 1 hereinabove, the Actors have been, and continue to engage in Acts of Criminal and Civil Misconduct of subjecting hundreds of thousands of inhabitants of the several states of the Union, including but not limited to the Relator/ Petitioner/Defendant in the instant case, to a violation of inherent protected rights in violation of the Constitution, without Jurisdiction/Authority, and without Due Process of Law, for profit and gain, in violation of the <u>Code of Conduct for United States Judges</u>, Title 28, CANON 3(C)(1)(c), and the Act evidenced at 18 U.S.C. §201, et. seq., and that said Actors are subject to both Criminal and Civil Liability, which include but are not necessarily limited to the Criminal and Civil Liabilities addressed in COUNT 1A(b)(c) and (d).

//
//

-29-

COUNT 2:   TITLE 18, CHAPTER 95: RACKETEERING; AND
           TITLE 18, CHAPTER 96: RACKETEER INFLUENCED AND
           CORRUPT ORGANIZATIONS:

NOTICE TO ALL INTERESTED AND AFFECTED PARTIES:   The
text of COUNT 1  is incorporated herein, as if fully reproduced
and restated verbatim.

The Actors' Acts of Criminal and Civil Misconduct
of subjecting hundreds of thousands of inhabitants of the
several states of the Union to violation of their inherent
protected rights, in violation of the Constitution of the
United States of America without Jurisdiction/Authority,
and without Due Process of Law, for profit and gain, constitutes
a pattern of Racketeering Activity for profit and gain for
the Actors and the Actors' Enterprise from unlawful activity,
which affects both interstate and intrastate commerce, in
violation of the Act of Congress evidenced at 18 U.S.C.
§1951, et. seq., Interference With Commerce by Threats or
Violence; and 18 U.S.C. §1961, et. seq., Racketeer Influenced
and Corrupt Organizations Definitions; involves the following
actions of the Actors:

COUNT 2A:

(a)   ACTS OF CRIMINAL AND CIVIL MISCONDUCT OF THE ACTORS:

(1)   As evidenced by the Act of Congress evidenced at
18 U.S.C. §1961(4), this defines the term "Racketeering
Enterprise" as used within the context of 18 U.S.C. §1961,

-30-

et. seq., as follows:

18 U.S.C. §1961(4): "enterprise" includes any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity.

Therefore, the Presiding Judge in the instant case is deemed a [Racketeering] Enterprise independent of the Actors, and the Actors collectively comprise a Racketeering Enterprise; and individually, the Actors are also deemed individual separate Racketeering Enterprises, within the context of 18 U.S.C. §1961, et. seq. (emphasis added).

(2)  As evidenced by the Act of Congress evidenced at 18 U.S.C. §1961(3), this defines the term "person" as used within the context of 18 U.S.C. §1961, et. seq., as follows:

18 U.S.C. §1961(3): "person" includes any individual or entity capable of holding a legal or beneficial interest in property.

Therefore, the Presiding Judge in the instant case is deemed a person capable to hold interest in property independent of the Actors, and the Actors collectively comprise a person; and the Actors are also deemed to be individual separate persons under the Act of Congress evidenced at 18 U.S.C. §1961, et. seq.

-31-

(3)   As evidenced by the Act of Congress evidenced at 18 U.S.C. §1961(1)(A), the Act defines the Acts of Criminal and Civil Misconduct Reported in COUNT 1 as used within the context of 18 U.S.C. Chapters 95 and 96, as Racketeering Activity, as follows:

"As used in this chapter [18 U.S.C. §1961, et. seq.] --

(1)   "racketeering activity" means (A) any act or threat involving murder [18 U.S.C. §1111, et. seq.], kidnapping [18 U.S.C. §1201], gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act [21 U.S.C. §802], which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: Section 201 [18 U.S.C. §201] (relating to bribery) [18 U.S.C. Chapter 11, Bribery, Graft, Conflict of Interest] ... (relating to obstruction of justice), section 1510 [18 U.S.C. §1510] ... (relating to tampering with a witness, victim, or an informant), section 1512 [18 U.S.C. §1512], (relating to retaliation against a witness, victim, or an informant) [18 U.S.C. §1513]..." (emphasis added).

Therefore, the Acts of Criminal and Civil Misconduct of the Actors Reported in COUNT 1, involving the rendering of Judgments of Conviction in Federal Criminal Cases, knowingly

-32-

without jurisdiction, for profit and gain, for themselves and their enterprise, in violation of 18 U.S.C. Chapter 11, [18 U.S.C. §201, et. seq.], resulting in subjecting hundreds of thousands of inhabitants of the several states of the Union against whom said VOID Judgments of Conviction are rendered, to kidnapping by unlawful confinement, and transporting those inhabitants across state borders to be housed in various facilities subject to the control of the United States Department of Justice; and in some cases the Acts of Criminal and Civil Misconduct Reported in COUNT 1 results in the murder/death of those against whom said VOID Judgments of Conviction in Federal Criminal Cases are rendered.

Since the Acts of Criminal and Civil Misconduct committed by the Actors Reported in COUNT 1 are presumed to be knowing and willful acts of Criminal and Civil Misconduct, the Acts of Criminal and Civil Misconduct of knowingly rendering Judgments of Conviction without Jurisdiction/Authority for profit and gain which results in unlawful confinement [kidnapping]; and when said Acts results in the death of an inhabitant of one of the several states of the Union against whom the VOID Judgment of Conviction is rendered in Federal Criminal Cases, the Acts of Criminal and Civil Misconduct in those latter cases constitute First Degree Murder, pursuant to the Act of Congress evidenced at 18 U.S.C. §1111, establishing that the Actors are engaged in Racketeering Activity.

-33-

(4)  As evidenced at 18 U.S.C. §1961(5), the Actors'
Acts of Criminal and Civil Misconduct Reported in COUNT 1
as used in the context of 18 U.S.C. Chapters 95 and 96, is
a pattern and practice of Racketeering Activity, as follows:

18 U.S.C. §1961(5): "pattern of racketeering activity"
requires at least two acts of Racketeering Activity, one
of which occurred after the effective date of this chapter
and the last of which occurred within ten years (excluding
any period of imprisonment) after the commission of a prior
Act of Racketeering Activity.

Therefore, the Acts of Criminal and Civil Misconduct
Reported in COUNT 1, defined by the Act of Congress evidenced
at 18 U.S.C. §1961(1)(A)(B) as Racketeering Activity, as
at least a Judgment of Conviction was issued by a single
Federal District Court Judge, including but not limited
to the Judgment of Conviction rendered against the Relator/
Petitioner/Defendant in the instant Federal Criminal Case,
in violation of [specifically and particularly in the Relator's
case] the Act of Congress evidenced at 18 U.S.C. §201,
resulting in kidnapping [i.e.: unlawful confinement, in
violation of the Act of Congress evidenced at 18 U.S.C.
§1201]]; and otherwise [in other cases] murder, in violation
of 18 U.S.C. §1111, after the effective date of enactment
of 18 U.S.C. Chapters 95 and 96; evidenced by the date when
said Judgment of Conviction was rendered in the Federal
Criminal Case against the Relator, or other party(ies) against

-34-

whom a Judgment of Conviction in a Federal Criminal Case
was rendered, and as evidenced by the Record of all Federal
District Courts; Courts established by Acts of Congress;
whereupon hundreds of thousands of Judgments of Conviction
have been rendered in violation of the Act of Congress
at 18 U.S.C. §201, et. seq.; and that each Judgment of
Conviction rendered in Federal Criminal Cases resulted in
the Act of Criminal and Civil Misconduct by unlawful
confinement/imprisonment pursuant to 18 U.S.C. §1201, and
murder pursuant to 18 U.S.C. §1111, as some of those subjected
to unlawful imprisonment as a result of the Acts of Criminal
and Civil Misconduct Reported in COUNT 1, have died while
in the custody and physical control of the Actors.

 (b) CRIMINAL PENALTY FOR ACTS OF CRIMINAL MISCONDUCT
   INVOLVING RACKETEERING ACTIVITY:

The Actors' Acts of Criminal and Civil Misconduct
Reported in COUNT 1, identified herein within COUNT 2 as
Acts of Criminal and Civil Misconduct of Racketeering Activity,
subject the Actors to the following Criminal Liability
and Penalties.

Under the Act of Congress evidenced at 18 U.S.C. §1957,
Engaging in Monetary Transactions in Property Derived from
Specified Unlawful Activity, the Actors are subject to
Criminal Penalties as follows:

The Act provides:  (a) "Whoever, in any of the

-35-

circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property that is of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b)."

Since the Actors, as Reported in COUNT 1, engaged in specified unlawful activity defined at 18 U.S.C. §1957(f)(3), to wit:

(f)(3): "the terms "specified unlawful activity" and "proceeds" shall have the meaning given those terms in section 1956 of this title [18 U.S.C. §1956]."

Upon review of the Act of Congress evidenced at 18 U.S.C. §1956, Subsection (c)(7) provides, to wit:

(c) "As used in this section --

(7) the term "specified unlawful activity" means -- (A) any act or activity constituting an offense listed in section 1961(1) of this title [18 U.S.C. §1961(1)] except an act which is indictable under subchapter II of chapter 53 of title 31 [31 U.S.C. §§5311, et. seq.]."

Additionally, since the Acts of Criminal and Civil Misconduct occurred within the circumstances set forth in subsection (d) of 18 U.S.C. §1957, which provides, to wit:

-36-

"(d)  The circumstances referred to in subsection (a) are --

(1)  that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States; or:

(2)  that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title [18 U.S.C. §3077], but excluding the class described in paragraph (2)(D) of such section)."

Then, as defined by the Act of Congress evidenced at 18 U.S.C. §3077(2), in the absence of any evidence to the contrary, the Actors are "United States Persons" subject to the Criminal Penalties imposed by the Act of Congress evidenced at 18 U.S.C. §1957(b), as follows:

18 U.S.C. §1957(b)(1):  "Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both..."

(b)(2):  "The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction."

The Act of Congress evidenced at 18 U.S.C. §1957(c)

-37-

provides that:

"(c)   In a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property was derived was specified unlawful activity."

Being involved in violent crimes in aid of Racketeering Activity as Reported in COUNT 1 which include kidnapping, bribery, assault with a dangerous weapon, murder, maiming, assault resulting in bodily injury, and threats of violence, the Actors are subject to Criminal Penalty(ies) under the Act of Congress evidenced at 18 U.S.C. §1959(a), Violent Crimes in Aid of Racketeering Activity; to wit:

18 U.S.C. §1959(a):  "Whoever, as consideration for the receipt of, or as consideration for a promise or agreement to pay, anything of pecuniary value from an enterprise engaged in racketeering activity, or for the purpose of gaining entrance to or maintaining or increasing position in an enterprise engaged in racketeering activity, murders, kidnaps, maims, assaults with a dangerous weapon, commits assault resulting in serious bodily injury upon, or threatens to commit a crime of violence against any individual in violation of the laws of any State or the United States, or attempts so to do, shall be punished --

(1)   for murder, by death or life imprisonment, or a fine under this title, or both; and for kidnapping,

-38-

by imprisonment for any term of years or for life, or a fine under this title, or both;

(2)  for maiming, by imprisonment for not more than thirty years or a fine under this title, or both;

(3)  for assault with a dangerous weapon or assault resulting in serious bodily injury, by imprisonment for not more than twenty years or a fine under this title, or both;

(4)  for threatening to commit a crime of violence, by imprisonment for not more than five years or a fine under this title, or both;

(5)  for attempting or conspiring to commit murder or kidnapping, by imprisonment for not more than ten years or a fine under this title, or both;

(6)  for attempting or conspiring to commit a crime involving maiming, assault with a dangerous weapon, or assault resulting in serious bodily injury, by imprisonment for not more than three years or a fine [of] under this title, or both."

In deriving financial benefit from a pattern of Racketeering Activity which includes but is not limited to the activity of receiving financial benefits from rendering Judgments of Conviction in Federal Criminal Cases, the Actors are in violation of the Act of Congress evidenced

-39-

at 18 U.S.C. §201, as identified by the Act of Congress
evidenced at 18 U.S.C. §1962, Prohibited Activities, as
a prohibited activity, to wit:

18 U.S.C. §1962(a): "It shall be unlawful for any
person who has received any income derived, directly or
indirectly, from a pattern of racketeering activity ...
to use or invest, directly or indirectly, any part of such
income, or the proceeds of such income, in acquisition
of any interest in, or the establishment or operation of,
any enterprise which is engaged in, or the activities of
which affect, interstate or foreign commerce...," and:

(d)  It shall be unlawful for any person to conspire
to violate any of the provisions of subsection (a), (b),
or (c) of this section."

By engaging in Racketeering Activity as Reported in
COUNT 1 and COUNT 2 herein, the Actors are subject to the
following Criminal Penalties, pursuant to the Act of Congress
evidenced at 18 U.S.C. §1963, Criminal Penalties, to wit:

18 U.S.C. §1963(a): "Whoever violates any provision
of section 1962 of this chapter [18 U.S.C. §1962] shall
be fined under this title or imprisoned not more than 20
years (or for life if the violation is based on a racketeering
activity for which the maximum penalty includes life
imprisonment), or both, and shall forfeit to the United
States, irrespective if any provision of State law --

-40-

(1) any interest the person has acquired or maintained in violation of section 1962 [18 U.S.C. §1962] [i.e.: forfeiting all dividends, annuities, and/or "residuals" received by Federal District Court Judges and Actors as a direct or indirect result of the Judgment Bonds, issued as a result of the rendering of Judgments of Conviction in Federal Criminal Cases]." (emphasis added).

18 U.S.C. §1963(a) authorizes the court to impose the following penalties in addition to the sentence authorized by the Act of Congress evidenced at 18 U.S.C. §1963(a), as follows:

"The court, in imposing sentence on such person shall order, in addition to any other sentence imposed pursuant to this section, that the person forfeit to the United States all property described in this subsection.  In lieu of a fine otherwise authorized by this section, a defendant who derives profits or other proceeds from an offense may be fined not more than twice the gross profits or other proceeds," [i.e.: all dividends, annuities, and/or other "residuals" received by Federal District Court Judges and Actors, as a direct or indirect result of the Judgment Bonds, issued as a result of the rendering of Judgments of Conviction in Federal Criminal Cases]. (emphasis added).

(b) "Property subject to criminal forfeiture under this section includes --

-41-

(1)  real property, including things growing on, affixed to, and found in land; and:

(2)  tangible and intangible property, including rights, privileges, interests, claims and securities."

Furthermore, the Actors are subject to possible injunctive remedy(ies) sought by the Federal Government of the United States pursuant to the Act of Congress evidenced at 18 U.S.C. §1963(d)(1).

(c)  CIVIL PENALTIES FOR ENGAGING IN RACKETEERING ACTIVITIES:

As a result of the Acts of Criminal and Civil Misconduct Reported in COUNT 1, and herein within COUNT 2, the Actors are subject to civil liability as a result of the Acts of Racketeering Activity Reported herein within COUNT 2, pursuant to the Act of Congress evidenced at 18 U.S.C. §1964.

As a result of the Racketeering Activity Reported herein within COUNT 1 and COUNT 2, the Actors and their Enterprise are subject to Civil Remedies which are provided in the Act of Congress evidenced at 18 U.S.C. §1964, Civil Remedies as follows:

"(a)  The district courts of the United States shall have jurisdiction to prevent and restrain violations of section 1962 of this chapter [18 U.S.C. §1962] by issuing

-42-

appropriate orders, including, but not limited to: ordering

any person to divest himself of any interest, direct or

indirect, in any enterprise; imposing reasonable restrictions

on the future activities or investments of any person,

including but not limited to prohibiting any person from

engaging in the same type of endeavor as the enterprise

engaged in, the activities of which affect interstate or

foreign commerce; or ordering dissolution or reorganization

of any enterprise, making due provision for the rights

of innocent persons.

(b)  The Attorney General may institute proceedings

under this section.  Pending final determination thereof,

the court may at any time enter such restraining orders

or prohibitions, or take such other actions, including

the acceptance of satisfactory performance bonds, as it

deems proper."

The provisions of the Act of Congress evidenced at

18 U.S.C. §1964(c) entitles every person against whom a

Judgment of Conviction was rendered in a Federal Criminal

Case for profit and gain of the Actors and their Enterprise

as a pattern of Racketeering Activity as Reported in COUNT

1 and herein within COUNT 2, including but not limited

to the Relator/Petitioner/Defendant, to Petition for Redress

for the recovery of money damages and other equitable relief

in a Court of Competent Jurisdiction, against the Actors, in

the Actors' individual and private capacity(ies) as private

-43-

citizens.

The Act of Congress evidenced at 18 U.S.C. §1964(c) provides, to wit:

18 U.S.C. §1964(c): "Any person injured in his business or property by reason of a violation of section 1962 of this chapter [18 U.S.C. §1962] may sue therefor in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee, except that no person shall rely upon any conduct that would have been actionable as fraud in the purchase or sale of securities to establish a violation of section 1962 [18 U.S.C. 1962]. The exception contained in the preceding sentence does not apply to an action against any person that is criminally convicted in connection with the fraud, in which case the statute of limitations shall start to run on the date on which the conviction becomes final."

--- and ---

"18 U.S.C. §1964(d): "A final judgment or decree rendered in favor of the United States in any criminal proceeding brought by the United States under this chapter [18 U.S.C. §§1961, et. seq.] shall estop the defendant from denying the essential allegations of the criminal offense in any subsequent civil proceeding brought by the United States."

-44-

Every individual against whom a Judgment of Conviction in a Federal Criminal Case was rendered for the profit and gain of the Actors and the Actors' Enterprise as a pattern of Racketeering Activity as Reported in COUNT 1 and herein within COUNT 2, has standing to bring an action against the Actors under the Act of Congress evidenced at 18 U.S.C. §1964(c), as said individuals, including but not limited to the Relator/Petitioner/Defendant, have been injured in both their business and property, as a result of the violation of the Actors under 18 U.S.C. §1962, even if the business was only that of trading labor or service for consideration; as the rendering of Judgments of Conviction in Federal Criminal Cases for profit and gain as a pattern of Racketeering Activity renders such Judgments of Conviction rendered in Federal Criminal Cases VOID AB INITIO, without legal force and effect, and thus Legal Nullities, resulting in subjecting the victims of the Actors' ongoing Racketeering Activity Reported in COUNT 1 and herein within COUNT 2, to kidnapping by unlawful confinement pursuant to the Act of Congress evidenced at 18 U.S.C. §1201, which prevents the victim from conducting his business activity or trading labor for consideration; and in many cases, including that of the Relator/Petitioner/Defendant, the victim's property has been seized under Federal Forfeiture Laws based on VOID Judgments of Conviction rendered by the Actors for profit and gain as a pattern of Racketeering Activity.

-45-

Those who have standing to sue the Actors in the Actors' individual and private capacity(ies) for money damages pursuant to the Act of Congress evidenced at 18 U.S.C. §1964(c), number in the hundreds of thousands who have been subjected to injury and damage as a result of the Actors' ongoing pattern of Racketeering Activity as Reported in COUNTS 1 and herein within COUNT 2.

COUNT 2B:   STATEMENT OF FACTS RELEVANT TO COUNT 2A:

1.    The Relator hereby affirms and declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that the facts stated herein within COUNT 2B: STATEMENT OF FACTS RELEVANT TO COUNT 2A are true and correct to the best of the Relator's personal knowledge, understanding,and belief, as his free act and deed.

2.    The Relator is of the age of majority, of sound mind, and competent to testify.

3.    The Relator is a witness, victim, and informant of the Acts of Criminal and Civil Misconduct Reported in COUNT 2A, specifically with regard to the instant case.

4.    The Relator can find no evidence that all Actors are not in fact required, by oath or affirmation, to hold an Office of Trust, Honor, or Profit in the Government of the United States; as an Officer, Agent, and/or Employee, to support and defend the Constitution of the United States

-46-

against all enemies, foreign and domestic, and bear true faith and allegiance to the Constitution.

5.   The Relator can find no evidence that the Actors have not been knowingly engaged in the Acts of Criminal and Civil Misconduct in the nature of ongoing Racketeering Activity for profit and gain for the Actors personally, and for the Actors' Enterprise.

6.   The Relator has nothing further to state within COUNT 2B relevant to COUNT 1A at this time.

COUNT 2C:   CONCLUSION:

Based on the Report of Criminal and Civil Misconduct hereinabove in COUNT 2, the Actors have been, and continue to knowingly engage in Acts of Criminal and Civil Misconduct through an ongoing pattern and practice of Racketeering Activity, which includes an Enterprise for profit and gain for the benefit of the Actors and their Enterprise, affecting interstate and intrastate commerce by entering the several states of the Union, outside any Federal Enclave, subjecting hundreds of thousands of inhabitants of the several states of the Union, including but not limited to the Relator/ Petitioner/Defendant, having violated inherent protected rights in violation of the Constitution, without Jurisdiction/ Authority, and without Due Process of Law, in furtherance of the Actors' ongoing Racketeering Activity, in violation of Acts of Congress evidenced at 18 U.S.C. Chapter 95:

-47-

§1951, et. seq.; and 18 U.S.C. Chapter 96: §1961, et. seq.;
and accordingly and consequently, said Actors are subject
to both Criminal and Civil Liability as addressed in COUNT 1A
and COUNT 2A.

COUNT 3:   VIOLATION OF CIVIL RIGHTS, PURSUANT TO
           18 U.S.C. CHAPTER 13:

NOTICE TO ALL INTERESTED AND AFFECTED PARTIES:   The
text of COUNT 1 and COUNT 2 are incorporated herein by
reference as if fully reproduced and restated verbatim.

The Actors are engaged in Acts of Criminal and Civil
Misconduct  of conspiring under color of Federal Law to
violate the inherent protected rights of the inhabitants
of the several states of the Union and elsewhere, including
but not limited to the inherent protected rights of the
Relator/Petitioner/Defendant in the instant case, for profit
and gain, in violation of the Acts evidenced at 18 U.S.C.
§241, 18 U.S.C. §242, and 18 U.S.C. §201, et. seq.; as
well as the Federal Civil Rights Act of 1871, involving
the following Acts of the Actors:

COUNT 3A:

(a)   ACTS OF CRIMINAL AND CIVIL MISCONDUCT OF THE ACTORS:

In order to qualify to hold Office of Trust, Honor, or
Profit as Federal District Court Judges under Article VI,
Clause 3, Oath of Office; the Act of Congress evidenced at
5 U.S.C. §3331, Oath of Office; and the Act of Congress

-48-

evidenced at 28 U.S.C. §453, <u>Oaths of Justices and Judges</u>;
Federal District Court Judges are <u>required</u> by oath or
affirmation to support and defend the Constitution of the
United States against all enemies, foreign and domestic; and
to bear true faith and allegiance to the Constitution.
Therefore, it must be presumed that all Federal District
Court Judges have knowledge of the Law, especially,
specifically and particularly the Supreme Law of the Land,
and are presumed to have knowledge when they themselves,
as Federal District Court Judges, together with the Actors,
are engaged in Acts of Criminal and Civil Misconduct.

Thus, all Acts of Criminal and Civil Misconduct Reported
in COUNT 1 and COUNT 2 are deemed committed by Federal
District Court Judges <u>knowingly, willfully and with malice
aforethought</u>, for profit and gain.

The Acts of Criminal and Civil Misconduct Reported
in COUNT 1 and COUNT 2 can only be achieved if Presiding
Federal District Court Judges who certainly have knowledge
that <u>all</u> Federal District Court Judges are disqualified
under the <u>Code of Conduct for United States Judges</u>, CANON
3(C)(1)(c) to preside as a Judge in <u>any</u> Federal Criminal
Case where a possible felony of at least one year and one
day may be rendered which results in the issuance of a
Judgment Bond, establishing financial benefit to the Presiding
Judge in Federal Criminal Cases; thus <u>nullifying</u> any and
all authority for <u>any</u> Federal District Court Judge to take

-49-

Jurisdiction of any Federal Criminal Case, regardless of
any other Jurisdictional Defects which would render any
Judgment of Conviction issued in Federal Criminal Cases
VOID, including but not limited to the Jurisdictional Defect
of a Federal District Court Judge accepting Jurisdiction
of a Federal Criminal Case when no evidence is submitted
to the Record of Federal Criminal Cases by the United States
Attorney to prove beyond a reasonable doubt that all locations
relevant to the Federal Criminal Case are located on Federal
Enclaves within the state; i.e.: located in the Special
Maritime and Territorial Jurisdiction of the United States,
pursuant to the Act of Congress evidenced at 18 U.S.C. §7(3),
Special Maritime and Territorial Jurisdiction of the United
States Defined; as the Federal District Court Judge willfully
and corruptly accepts the Federal Criminal Case, under color
and pretense of Federal Judicial Authority.

Despite knowing that taking a Federal Felony Criminal
Case without jurisdiction results 98.5% of the time in a
plea agreement, Federal District Court Judges aggressively
prevent any and all challenges to Jurisdictional Defects
that are presented, in willful violation of their Mandatory,
Non-Discretionary Duty and Obligation to address such
challenges, and dismiss the Federal Felony Criminal Case
once the Jurisdictional Defects are presented in any case.

Then, [subsequently], Federal District Court Judges
initiate the Acts of Criminal and Civil Misconduct Reported

-50-

in COUNT 1 and COUNT 2 by rendering a Judgment of Conviction in the Federal Felony Criminal Case, causing a Judgment Bond to issue, leading to the sale of the Judgment Bond on the bond market, whereby the funds from the sale of the Judgment Bonds are thereafter used to fund an investment fund [referred for the purpose of this Report as a "Judgment Fund" for investment], ultimately creating the profits and gains via the payment of dividends, annuities, and/or "residuals," providing financial benefit to all Federal District Court Judges, as well as the Actors, as part of their ongoing Criminal Enterprise, as described, detailed, delineated, articulated, and set forth in SECTION 2, COUNT 1 and COUNT 2 of the Report of Criminal and Civil Misconduct.

The financial benefits realized by the Actors only occurs with the willing participation of Federal District Court Judges, in committing the Acts of Criminal and Civil Misconduct Reported in COUNT 1 and COUNT 2.

The Acts of Criminal and Civil Misconduct Reported in COUNT 1 and COUNT 2 would not exist if not for the willing participation of Federal District Court Judges.

The Actors, specifically and particularly, Federal District Court Judges, did knowingly, willfully, and with malice aforethought, for profit and gain, conspired under color and pretense of Federal Law, to violate the inherent protected rights of all those whom the Actors abducted,

-51-

including but not limited to the Relator, by subjecting

said abductees to injury, oppression, threats, intimidation,

and Malicious Federal Criminal Prosecution, resulting in

kidnapping by and through unlawful imprisonment/unlawful

confinement pursuant to 18 U.S.C. §1201; murder pursuant

to 18 U.S.C. §1111; loss of property, tangible or otherwise,

under color of a VOID Judgment of Conviction [i.e.: Judgment

in a Criminal Case], knowingly rendered without Jurisdiction,

without Due Process of Law, in knowing and flagrant violation

of the Constitution of the United States.

(b)   CRIMINAL PENALTIES FOR ACTS OF CRIMINAL MISCONDUCT
      INVOLVING CONSPIRACY UNDER COLOR OF LAW TO VIOLATE
      INHERENT PROTECTED RIGHTS:

By entering the several states of the Union, under

force of arms, outside any Federal Enclave, under color

of Federal Law and Office, operating outside of any Federal

Enclave, conspiring under color of Federal Law and Office

to deprive the inhabitants of the several states of the

Union, including but not limited to the Relator/Petitioner/

Defendant, of inherent rights protected by the Constitution

and the Laws of the United States, and by subjecting said

inhabitants, who, while being outside any Federal Enclave,

to the application and enforcement of Federal Law and

Regulation; and by subjecting the inhabitants of the several

states of the Union to abduction, injury, oppression, threats,

intimidation, malicious prosecution, kidnapping by and through

unlawful imprisonment/confinement pursuant to the Act of

-52-

Congress evidenced at 18 U.S.C. §1201; and in some cases
murder pursuant to the Act of Congress evidenced at 18 U.S.C.
§1111; for profit and gain; willfully knowing that they,
the Actors, had no lawful jurisdiction or authority for
each state inhabitant or any other party against whom a
Judgment of Conviction in a Federal Criminal Case was rendered
as an Act of Criminal Misconduct as Reported in **COUNT 1**,
**COUNT 2**, and herein within **COUNT 3**; the Actors are subject
to Criminal Penalty(ies) under the Acts of Congress evidenced
at 18 U.S.C. §241 and §242 in the Actors' individual and
private capacity(ies) as private citizens.

18 U.S.C. §241, <u>Conspiracy Against Rights</u>, states,
to wit:

"If two or more <u>persons</u> [not Officers, Agents, or
Employees of the Federal Government] conspire to injure,
oppress, threaten, or intimidate any person in any State,
Territory, Commonwealth, Possession or District in the free
exercise or enjoyment of any right or privilege secured
to him by the Constitution or laws of the United States,
or because of his having so exercised the same; or If two
or more persons go in disguise [under color of Federal Law],
or on the premises of another, [entering the several states
of the Union outside Federal Enclaves], with intent to prevent
or hinder his free exercise or enjoyment of any right or
privilege so secured -- They [the Actors] shall be fined
under this title [18 U.S.C. §3571 ($250,000.00)] or

-53-

imprisoned not more than ten years, or both...." (emphasis
added); and:

18 U.S.C. §242, <u>Deprivation of Rights Under Color of
Law</u>, states, to wit:

"Whoever, under color of any law, statute, ordinance,
regulation, or custom, willfully subjects any person in
any State, Territory, Commonwealth, Possession, or District
to the deprivation of <u>any</u> rights, privileges, or immunities
secured or protected by the Constitution or laws of the
United States ... shall be fined under this title [18 U.S.C.
§3571 ($250,000.00)], or imprisoned for not more than one
year, or both..." (emphasis added).

Furthermore, as reported in COUNT 1 and COUNT 2, by
entering the several states of the Union under force of
arms [i.e.: dangerous weapons] used in carrying out the
Acts of Criminal Misconduct of conspiring under color and
pretense of Federal Law to deprive state inhabitants including
but not limited to the Relator/Petitioner/Defendant, of
inherent protected rights; the Actors are subject to Criminal
Penalty pursuant to 18 U.S.C. §242, to wit:

" ... if such acts include the use, attempted use,
or threatened use of a dangerous weapon [guns], explosives,
or fire, shall be fined under this title [18 U.S.C. §3571
($250,000.00)], or imprisoned not more than ten years, or
both...." (emphasis added).

-54-

In those cases where the Reported Acts of Criminal Misconduct of Conspiracy under color of law resulted in subjecting any party held as a defendant in any Federal Criminal Case filed in any United States District Court to a Judgment of Conviction imposing a sentence of at least one year and one day, resulting in the issuance of a Judgment Bond, knowingly, willfully, and with malice aforethought, without jurisdiction, rendered by a Federal District Court Judge, knowingly in violation of the Code of Conduct for United States Judges, CANON 3(C)(1)(c); and the Act of Congress evidenced at 18 U.S.C. §201, et. seq., Bribery of Public Officials and Witnesses, within Title 18, Chapter 11, Bribery, Graft, and Conflicts of Interest; as Reported in COUNT 1 and COUNT 2, and enforced by the Actors, specifically and particularly the Federal District Court Judges, for profit and gain, as Reported in COUNT 1 and COUNT 2, willfully knowing said Judgment of Conviction is VOID due to the Judgment of Conviction being rendered without Jurisdiction, without Due Process of Law, in violation of the Constitution of the United States, and is a product of an ongoing pattern and practice of Racketeering Activity, as enforcement of said Judgments of Conviction results in kidnapping by unlawful confinement/unlawful imprisonment, pursuant to 18 U.S.C. §1201; and in some cases, death/murder, pursuant to 18 U.S.C. §1111; the Federal District Court Judges, and Actors are liable for each and every Judgment of Conviction rendered in Federal Criminal Cases, and thereby subject to the following

-55-

Criminal Penalties under 18 U.S.C. §241:

" ... and if death results from the acts committed
in violation of this Section or if such acts include kidnapping
or an attempt to kidnap ... or an attempt to kill, they
shall be fined under this title [18 U.S.C. §3571 ($250,000.00)]
or imprisoned for any term of years or for life, or both;
or may be sentenced to death." (emphasis added).

The Acts of Criminal Misconduct Reported in COUNT 1,
COUNT 2, and herein within COUNT 3, establish that every
Judgment of Conviction in every Federal Criminal Case rendered
by every Federal District Court Judge, imposing a sentence
of at least one year and one day or more, causing a Judgment
Bond to issue, evidence the commission of a capital crime
for profit and gain by the Federal District Court Judge
who rendered the Judgment of Conviction, and the Actors
who enforce the Judgment of Conviction.

(c)  CIVIL PENALTIES FOR MISCONDUCT OF CONSPIRACY UNDER
     COLOR OF LAW TO VIOLATE CIVIL RIGHTS:

While acting in their individual and private capacities
as private citizens, the Actors, having conspired under
color of Federal Law as Reported in COUNT 1, COUNT 2, and
herein within COUNT 3, have deprived state inhabitants,
including but not limited to the Relator/Petitioner/Defendant
of inherent rights, by subjecting said inhabitants [and
the Relator/Petitioner/Defendant] to the application and
enforcement of Federal Law and Regulation in the several

-56-

states of the Union outside Federal Enclaves, and by subjecting
every individual, including but not limited to the Relator/
Petitioner/Defendant, to injury and damage, by being subjected
as Defendants in a Federal Criminal Case, to Judgments of
Conviction knowingly rendered without jurisdiction for profit
and gain by Federal District Court Judges, and enforced
by the Actors.

The Actors, in their individual and private capacities
as private citizens, are subject to every aggrieved party,
including but not limited to the Relator/Petitioner/Defendant,
to civil suit for recovery of money damages and other equitable
remedy and relief, in a Tort Action at Law, Suit in Equity,
or other proper proceeding for redress under the Federal
Civil Rights Act of 1871.  District Courts have Jurisdictional
Cognizance to take such cases under the Act of Congress
evidenced at 28 U.S.C. §1331, <u>Federal Question</u>; 28 U.S.C.
§1332, <u>Diversity of Citizenship, Amount in Controversy;</u>
<u>Costs</u>; and 28 U.S.C. §1343, <u>Civil Rights and Elective Franchise</u>.

Each and every individual, including but not limited
to the Relator/Petitioner/Defendant, against whom a Judgment
of Conviction in a Federal Criminal Case resulted in the
issuance of a Judgment Bond rendered by a Federal District
Court Judge willfully and knowingly without jurisdiction;
and who has been and is still being subjected to kidnapping
by unlawful imprisonment/confinement pursuant to 18 U.S.C.
§1201, for profit and gain, as an ongoing Racketeering Activity,

and the deprivation of inherent protected rights under color

of law; as damaged and injured parties have Article III

standing to bring an action in a United States District

Court; or in a court of a state of the Union where the

Reported Acts of Criminal and Civil Misconduct occurred.

It must be noted that those who have Article III

standing to seek redress for money damages and other equitable

remedy and relief, including but not limited to the Relator/

Petitioner/Defendant, from those who hold Office as Federal

District Court Judges; and from the Actors who hold Office

in the Federal Government of the United States, by exclusively

suing the Actors in their individual and private capacity(ies),

number in the hundreds of thousands.

COUNT 3B:   STATEMENT OF FACTS RELEVANT TO COUNT 3A:

1.    The Relator hereby affirms and declares under

the penalty of perjury pursuant to 28 U.S.C. §1746, that

the facts stated herein within COUNT 3A are true and correct

to the best of the Relator's personal knowledge, understanding,

and belief, as his free act and deed.

2.    The Relator is of the age of majority, of sound

mind, and competent to testify.

3.    The Relator is a witness, victim, and informant

of the Acts of Criminal and Civil Misconduct Reported in

COUNT 3A,  specifically with regard to the instant case.

-58-

4.   The Relator can find <u>no evidence</u> that all Actors,
specifically and particularly United States District Court
Judges, are not in fact required, by oath or affirmation,
to hold Office of Trust, Honor, or Profit, in the Government
of the United States as an Officer, Agent, and/or Employee;
having agreed to support and to defend the Constitution
against all enemies, foreign and domestic; and to bear true
faith and allegiance to the Constitution.

5.   The Relator can find <u>no evidence</u> that the Actors
engaged in the Acts of Criminal and Civil Misconduct in
the nature of a conspiracy under color of law to violate
inherent protected rights of the Relator/Petitioner/Defendant
and others, for profit and gain for the Actors personally,
and for the Actors' ongoing Criminal Enterprise.

6.   The Relator has nothing further to state at this
time with regard to COUNT 3B:   STATEMENT OF FACTS RELEVANT
TO COUNT 3A.

COUNT 3C:   CONCLUSION:

Based on the Report of Criminal and Civil Misconduct
described, detailed, delineated, articulated and set forth
hereinabove within COUNT 3, the Actors have been, and
continue to knowingly engage in Acts of Criminal and Civil
Misconduct of engaging in an ongoing pattern and practice
of Racketeering Activity, which includes but is not limited
to affecting interstate and intrastate commerce for profit

-59-

and gain, for the benefit of the Actors and their Criminal

Enterprise, entering the several states of the Union outside

Federal Enclaves, subjecting hundreds of thousands of

inhabitants of the several states of the Union, including

but not limited to the Relator/Petitioner/Defendant, to

the deprivation of Constitutionally protected rights by

and through conspiracy under color and pretense of Federal

Law, in violation of the Constitution of the United States,

without Jurisdiction/Authority; without Due Process of Law;

and in furtherance of the Actors' ongoing Racketeering

Activity, in violation of the Acts of Congress evidenced

at 18 U.S.C. §241 and §242; and the Actors are subject to

both Criminal and Civil Liabilities addressed in COUNT 1A,

COUNT 2A, and herein within COUNT 3A.

3.    SUMMARY OF COUNTS 1, 2, AND 3:

It must be understood that inasmuch as the Federal

Government of the United States is established as a

Constitutional Republic, and is limited to only those powers

delegated by the Constitution of the United States, pursuant

to the Tenth Amendment, whereby said powers remain dormant

unless and until the several states of the Union in Congress,

by legislation, implement or carry out said powers delegated/

vested by the Constitution in the Federal Government of

the United States, pursuant to Article I, Section 8, Clause

18; the Federal Government, the Departments, Branches, and

Federal Officers, Agents, and Employees [of the Federal

-60-

Government], while acting in their official capacity within the scope of their employment with the Federal Government, are not liable for the Acts of Criminal and Civil Misconduct Reported in COUNT 1, COUNT 2, and COUNT 3, as it is <u>not legally possible</u> for the Government of the United States, the Departments, Branches, or Federal Offices, specifically and particularly their Officers, Agents, and Employees of the Federal Government to commit the Acts of Criminal and Civil Misconduct in any official capacity; as there exists <u>no Constitutionally authorized powers to engage in the Acts of Criminal and Civil Misconduct</u> Reported in COUNT 1, COUNT 2, and COUNT 3.

Even though some of the Actors currently or formerly hold or held Office as a Federal District Court Judge, a United States Attorney, an Assistant United States Attorney, as the United States Attorney General, as the Secretary of the Treasury of the United States, as the Treasurer of the United States, etc., <u>all</u> Acts of Criminal and Civil Misconduct Reported in COUNT 1, COUNT 2, and COUNT 3 have been done and/or are being done in the individual and private capacity(ies) of the Actors, as private citizens.

The Actors may <u>only</u> be subjected to Criminal and Civil Liability by the United States Attorney General for the Acts of Criminal and Civil Misconduct Reported in COUNT 1, COUNT 2, and COUNT 3, in the Actors' individual and private capacity(ies) as private citizens.

-61-

Furthermore, any party, including but not limited to the Relator/Petitioner/Defendant, who has and who is suffering injury and damage as a direct or proximate result of the Acts of Criminal and Civil Misconduct Reported in **COUNT 1**, **COUNT 2**, and **COUNT 3**, may sue the Actors only in the Actors' individual and private capacity(ies) as private citizens, for recovery of monetary damages and other equitable remedy and relief, [i.e.: Injunctive and Declaratory Relief, etc.]; and may do so in the capacity as a <u>PRIVATE ATTORNEY GENERAL</u>.

Furthermore, any party, including but not limited to the Relator/Petitioner/Defendant, who has and is suffering injury and damage as a direct and proximate result of the Acts of Criminal and Civil Misconduct of those formerly and currently holding Office as Federal District Court Judge as Reported in **COUNT 1**, **COUNT 2**, and **COUNT 3**, has standing to file a Complaint against the Federal District Court Judge pursuant to Title 28, Chapter 16, <u>Complaints Against Judges and Judicial Discipline</u>; specifically and particularly 28 U.S.C. §351, et. seq., <u>Complaints; Judge Defined</u>; for discipline of said Federal District Court Judge(s), which can include but is not limited to referral to the House of Representatives for Impeachment. [See as Reference: Petition For Declaratory Judgment Demanded pursuant to 28 U.S.C. §2201, Question/Judgment 18, previously filed [and awaiting Judicial Determination] by the Relator/Petitioner].

-62-

NOTICE TO ALL INTERESTED AND AFFECTED PARTIES:

The Acts of Criminal and Civil Misconduct Reported in **COUNT 1**, **COUNT 2**, and **COUNT 3**, are not limited to the several states of the Union, but are being conducted by the Actors in other nation/states as well; which include but is not limited to Mexico, Canada, Costa Rica, Panama, England, New Zealand, Australia, Thailand, Israel, etc., which are all Members of the United Nations; wherein the Actors enter [and have entered] said sovereign nation/states, and abduct/ abducted inhabitants from nation/states foreign to the Federal Government of the United States; and subject/subjected the inhabitants to the Acts of Criminal and Civil Misconduct Reported in **COUNT 1**, **COUNT 2**, and **COUNT 3**, for profit and gain of the Actors, and the Actors' Racketeering Enterprise; which is a clear violation of the Act of Congress evidenced at 22 U.S.C. §8202, Statement of Policy; and although the United Nations Universal Declaration of Human Rights is not a Treaty in Force in the United States, the Acts of Criminal and Civil Misconduct Reported in **COUNT 1**, **COUNT 2**, and **COUNT 3** committed against foreign nationals by the Actors within the territorial borders of said nationals' countries, is a clear violation of the intent and spirit of the United Nations Universal Declaration of Human Rights, as well as a violation of the Act evidenced at 22 U.S.C. §8202, and International Law.

//

-63-

4.   DECLARATION IN VERIFICATION:

1.   The Relator hereby affirms and declares that the following facts are true and correct to the best of his personal knowledge, understanding, and belief, as his free act and deed, under the penalty of perjury pursuant to 28 U.S.C. §1746.   I, STEVEN FISHMAN, am the Relator/Petitioner/Defendant in the instant case, submitting my Declaration in Verification.

2.   The Relator is of the age of majority, of sound mind, and competent to testify.

3.   The Relator hereby affirms and declares that the facts stated in SECTION 2: COUNT 1B, COUNT 2B, and COUNT 3B, are true and correct to the best of the Relator's personal knowledge, understanding, and belief.

4.   The Relator has nothing further to state at this time within SECTION 4: DECLARATION IN VERIFICATION.

5.   REMEDY AND RELIEF DEMANDED:

The Relator Demands the following of the Federal Judge(s) and those in Civil and/or Military Authority to whom this Report of Criminal and Civil Misconduct has been delivered pursuant to 18 U.S.C. §4:

(a)   That the Federal Judge(s), and/or those in Civil and/or Military Authority who have received delivery of this

-64-

Report of Criminal and Civil Misconduct, take all action
required; including but not limited to referring this Report
of Criminal and Civil Misconduct to the United States
Department of Justice, for investigation and possible
Criminal Prosecution of the Actors for the Acts of Criminal
Misconduct Reported;

(b)   That those to whom this Report of Criminal Misconduct
has been delivered take all appropriate action required
to prevent or to aid in the prevention of this ongoing
conspiracy under color and pretense of Federal Law, of
depriving the inhabitants of the several states of the Union
and the inhabitants of the foreign states of the world [which
is a violation of the Charter of the United Nations with
regard to the protection of human rights] of their inherent
rights; and:

(c)   That upon receipt of this Report of Criminal and
Civil Misconduct, the Relator/Petitioner/Defendant demands
the following Remedy and Relief:

(i)    That the issuance of Judgment Bonds in
all Federal Criminal Cases be immediately and expeditiously
terminated;

(ii)    That no Federal District Court Judge of
any Federal District Court located in any one of the several
states of the Union accept Jurisdiction of any Federal
Criminal Case, unless evidence is submitted to the Record

-65-

of the Court that _every_ location relevant to such Federal Criminal Case(s) is/are located within Federal Enclaves located in the sovereign state where the purported Federal Offense occurred, pursuant to Article I, Section 8, Clauses 17 and 18 of the United States Constitution; the Tenth Amendment; and the Act of Congress evidenced at 40 U.S.C. §3112; and:

(iii)   That _all_ Judgments of Conviction and Judgment Bonds rendered in _all_ Federal Criminal Cases be deemed **VOID** and Vacated as _Legal Nullities_; and the corresponding cases be summarily purged.

(d)   The Relator/Petitioner/Defendant Demands that the Federal Judges, and/or those in Civil and/or Military Authority, who have received delivery of this Report of Criminal and Civil Misconduct, provide the Relator/Petitioner/ Defendant with a complete written and certified copy of the findings of such investigation into the Acts of Criminal and Civil Misconduct of the Actors as Reported in this Report of Criminal Misconduct within _Sixty (60) Days_ of the Receipt of this Report of Criminal and Civil Misconduct.

**NOTICE TO ALL INTERESTED AND AFFECTED PARTIES:**   Inasmuch as the Citizens of the United States of America [that being the Citizens of the several states of the Union, not to be confused with Federal citizens of the United States Federal Government, a concept created by the Fourteenth Amendment, Section 1], collectively and individually, including

but not limited to the Relator/Petitioner/Defendant; are in fact the <u>Sovereign Authority</u> of the United States of America, and possess all <u>Political Authority</u> of the Federal Government inherently and concurrently, including but not limited to <u>Arrest Authority</u>.

Non-Compliance with the Remedy and Relief Demanded in **SECTION 5**, specifically and particularly Subsection (b), (c), and (d), by the Actors identified herein; specifically and especially those holding Office as Federal Court Judges, who <u>fail to comply</u> with Subsection (c) of **SECTION 5**, will be subject to possible Citizen's Arrest on the charges of willfully engaging in the Criminal Misconduct Identified in **COUNT 1, COUNT 2,** and **COUNT 3,** for profit and gain, most especially since the Acts of Criminal Misconduct Reported in **COUNT 1, COUNT 2,** and **COUNT 3** are in fact capital crimes; and for failing to comply with a Directive of the Sovereign Authority of "We, the People," presented herein in **SECTION 5: REMEDY AND RELIEF DEMANDED,** [by and through the <u>PRIVATE ATTORNEY GENERAL</u>].

6.    CONCLUSION:

By presenting this Report of Criminal and Civil Misconduct, the Relator/Petitioner/Defendant claims and exercises his inherent protected right under the First Amendment, the Fifth Amendment, the Ninth Amendment, the Tenth Amendment, and the Fourteenth Amendment to provide testimony under his Duty to present a Report of Criminal and Civil Misconduct under

18 U.S.C. §4, <u>Misprision of a Felony,</u> to a Federal Judge or to an Officer of the Civil and/or Military Authority for investigation and action in a Court of Competent Jurisdiction.

As a result of the Acts of Criminal and Civil Misconduct Reported in COUNT 1, COUNT 2, and COUNT 3, the Relator/ Petitioner/Defendant as well as all of those who have been damaged and injured, have Article III Standing to sue the Actors in the Actors' respective individual and private capacity(ies) as private citizens for the recovery of monetary damages and other equitable relief; and that there is no requirement for exhaustion of Administrative Remedies, no Statute of Limitations; nor any Immunity Defense for Civil Suits brought under the Federal Civil Rights Act of 1871, when the Actors are sued in their individual and private capacity(ies).

Accordingly, the Relator reserves the rights at all times relevant to this Report of Criminal and Civil Misconduct to bring an action against the Actors in the Actors' individual and private capacity(ies) as private citizens, for the recovery of monetary [money] damages and other equitable Remedy and Relief; and where appropriate, the Relator will bring an action in his capacity as a **<u>PRIVATE ATTORNEY GENERAL</u>**.

BE SO GOVERNED ACCORDINGLY.

This Report of Criminal and Civil Misconduct and

-68-

1    SECTION 4: DECLARATION IN VERIFICATION, are Executed on

2    this 13th day of October, 2017.

STEVEN FISHMAN
Relator/Petitioner/Defendant
Federal Register Number 17280-004
FCI Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007

<u>DECLARATION OF SERVICE/DELIVERY</u>

I, STEVEN FISHMAN, the Relator/Petitioner/Defendant, hereby affirm and declare, based on my personal knowledge, understanding, and belief, as my free act and deed, that:

1.  I am of the age of majority, of sound mind, and competent to testify.

2.  I delivered an original signed copy of the Relator's REPORT OF CRIMINAL AND CIVIL MISCONDUCT PRESENTED TO A FEDERAL JUDGE; AND COLLATERALLY TO: ANY AND ALL PARTIES HOLDING OFFICE IN CIVIL AND/OR MILITARY AUTHORITY UNDER THE GOVERNMENT OF THE UNITED STATES, PURSUANT TO 18 U.S.C. §4, to an Officer of the Federal Bureau of Prisons, Federal Correctional Institution at Terminal Island, San Pedro, California, addressed to the following parties [including interested and affected parties], as follows:

CLERK OF THE COURT
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102-3434


UNITED STATES ATTORNEY'S OFFICE
Northern District of California
450 Golden Gate Avenue
Post Office Box #36055
San Francisco, California 94102


UNITED STATES ATTORNEY GENERAL
Mr. Jeff Sessions
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

TREASURER OF THE UNITED STATES
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

SECRETARY OF THE UNITED STATES TREASURY
Mr. Steven Mnuchin
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

i.

FEDERAL RESERVE SYSTEM
Ms. Janet Yellen
Chairperson
20th Street & Constitution Avenue, N.W.
Washington, D.C. 20551

BROWN BROTHERS HARRIMAN TRUST COMPANY, N.A.
BROWN BROTHERS HARRIMAN & COMPANY
William H. Mears, Jr.
Staff Attorney/Senior Vice President
140 Broadway
New York, New York 10005-1101

SECURITIES AND EXCHANGE COMMISSION
Legal Department/Complaints
100 F Street, N.E.
Washington, D.C. 20549

3.   I, as Relator, can find no evidence that since I am
     in the custody of the United States Attorney General
     by and through the Federal Bureau of Prisons, that the
     Document referred to in Statement 2, is not in fact
     filed and/or served when delivered to an Officer of
     the Federal Bureau of Prisons, to be placed in the
     outgoing United States Mail.  [See: Houston v. Lack,
     487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245
     (1988); Federal Rule of Civil Procedure 5(b)].  Service
     and/or filing of this Document referred to in Statement
     2 is perfected on this 13th day of October, 2017.

4.   I, STEVEN FISHMAN, as the Relator, have nothing further
     to state at this time with regard to my DECLARATION
     OF SERVICE/DELIVERY, and hereby affirm and declare under
     the penalty of perjury pursuant to 28 U.S.C. §1746 that
     the foregoing facts are true and correct, to the best
     of the Declarant's knowledge, understanding, and belief,
     and that I, STEVEN FISHMAN, the Relator, and the
     Declarant, are one and the same person.


Executed on this 13th day of October, 2017:

STEVEN FISHMAN
Declarant/Relator
Federal Register Number 17280-004
Federal Correctional Institution
Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007
ii.